# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEFFREY KROMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-17-0967-HE |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Jeffrey Kromer brings this action for judicial review of defendant Acting Commissioner of Social Security Administration's final decision that she is not disabled under the Social Security Act. The matter was referred to U.S. Magistrate Judge Gary M. Purcell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (b)(3), and Fed.R.Civ.P. 72(b). Judge Purcell recommends the Acting Commissioner's decision be affirmed. The parties were advised of their right to file an objection to the Report and Recommendation by June 14, 2018. No objections have been filed. The parties therefore waive any right to appellate review of the factual and legal issues raised in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). The court **ADOPTS** the Report and Recommendation [Doc. #24], a copy of which is attached to this order. The Acting Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

Dated this 18th day of June, 2018.

                                                      JOE HEATON
                                                     CHIEF U.S. DISTRICT JUDGE